*Rivers Buford,* Attorney General, for the Motion.

———————

William D. McNelty, Plaintiff in Error v. The State of Florida, Defendant in Error.

A Writ of Error to the Circuit Court for the County of Osceola.

Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford,* Attorney General, for the Motion.

---

Writ of Error dismissed on motion of the Attorney General.